**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**APRIL CLARK,**

      **Plaintiff,**

      **v.**                              **Case Number 2:26-cv-253**
                                           **Judge Edmund A. Sargus, Jr.**
                                           **Magistrate Judge Chelsey M. Vascura**

**STATE OF OHIO FOR OHIO**
**DEPARTMENT OF HEALTH,**

      **Defendant.**

## ORDER

This matter is before the Court on the Court's April 7, 2026 Order requiring Plaintiff April Clark to obtain and file a required attorney certification regarding her claims. (ECF No. 12.) In September 2025, Ms. Clark filed this case *pro se* in the United States District Court for the District of Columbia. (ECF No. 1.) The case was transferred to this Court *sua sponte* for venue reasons. (ECF No. 9.)

Ms. Clark has brought at least nine previous lawsuits in this Court and has been designated as a vexatious litigator. (*See* ECF No. 12, PageID 41.) She is prohibited from filing new civil cases in this Court unless she (1) retains counsel or (2) submits a statement from an attorney licensed to practice in this Court or the State of Ohio certifying that there is a good-faith basis for the action or paper that she seeks to file. (*Id.*)

Ms. Clark did not file the required attorney certification, so on April 7, 2026, the Court ordered her to do so within 30 days and warned her that failure to do so would result in dismissal of this action. (ECF No. 12.) Over 30 days have elapsed and she has not filed the required certification.

Accordingly, the Court **DISMISSES without prejudice** Plaintiff April Clark's claims for failure to prosecute under Federal Rule of Civil Procedure 41(b) and for failure to comply with this Court's Order.

Further, the following pending Motions are **DENIED as moot**: (ECF No. 2) Plaintiff's Motion for Leave to Proceed *in forma pauperis*; (ECF No. 4) Plaintiff's Motion for Permission to Use Post Office Box; (ECF No. 6) Plaintiff's Motion for Protective Order, Motion for CM/ECF Password, Motion for Leave to File; (ECF No. 8) Plaintiff's Motion for Protective Order, Motion for Leave to File, Motion for CM/ECF No. Password; and (ECF No. 10) Plaintiff's Motion for Leave to File.

The Clerk is **DIRECTED** to enter judgment, terminate this case, and mail a copy of this Order to Plaintiff April Clark.

    **IT IS SO ORDERED.**


**6/23/2026**　　　　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

2